IN RE GARNER BANKING AND TRUST COMPANY, CHARLES
SLOCUMB GAY, LIQUIDATING AGENT.

(Filed 12 April, 1933.)

APPEAL by petitioner from *Sinclair, J.,* at October Term, 1932, of
WAKE.

Petition by administrator for preference or priority of claim to funds
in hands of liquidating agent of insolvent bank.

The Garner Banking and Trust Company had on deposit with itself
to the credit of itself as executor of the estate of E. A. Johnson, deceased,
the sum of $4,702.10 at the time it failed, 13 July, 1931, because of
insolvency. It had commingled this deposit, as well as others of a
similar nature, with the moneys in its common till.

The petitioner's application for a preference to the funds in the hands
of the liquidating agent was denied, and he appeals.

*T. Lacy Williams for appellant.*
*Willis Smith and John H. Anderson, Jr., for appellee.*

PER CURIAM. Affirmed on authority of *Roebuck v. Surety Co.,* 200
N. C., 196, 156 S. E., 531, *Bank v. Corp. Com.,* 201 N. C., 381, 160
S. E., 360, *Hicks v. Corp. Com.,* 201 N. C., 819, 161 S. E., 545.

---

THE FEDERAL LAND BANK OF COLUMBIA v. ANNIE A. KORNER ET AL.

(Filed 12 April, 1933.)

APPEAL by certain of the defendants from *Sink, J.,* at February
Term, 1933, of FORSYTH. Affirmed.

This is an action for judgment on a note and for the foreclosure of a
mortgage executed by the defendants to secure the payment of the note.

After judgment by default on the note rendered by the clerk of the
Superior Court, it was ordered and decreed that the land described in
the mortgage be sold to satisfy the judgment. The land was sold by a
commissioner appointed by the court for that purpose. Upon the report
of the sale, the same was confirmed by the clerk of the Superior Court.

The action was thereafter heard by the clerk on the motion of certain
defendants that the order of confirmation, the decree of sale, and the